■ The People of the State of New York, Respondent, v Michael D. Schluter, Appellant. (Appeal No. 2.) [24 NYS3d 570]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered October 7, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Schluter* ([appeal No. 1] 136 AD3d 1363 [2016]). Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.